UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON MARIE IRBY, | ) | CASE NO. 1:20-cv-1380 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | MEMORANDUM OPINION |
| KILOLO KIJAKAZI, Commissioner of Social Security, | ) ) ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation of Magistrate Judge Carmen E. Henderson recommending that the Commissioner's decision denying supplemental security income and disability insurance benefits be reversed and that the matter be remanded for further proceedings pursuant to 42 U.S.C. § 405(g) because the Commissioner's decision was not supported by substantial evidence. (Doc. No. 19.) Under the relevant statute:

> [. . .] Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C). On August 2, 2021, defendant filed a response indicating that there would be no objection to the recommendation of the magistrate judge that the final decision be reversed and that the matter be remanded. (Doc. No. 20.)

No objections having been filed, the Court has reviewed the magistrate judge's report and recommendation accepts and adopts the same. Accordingly, the Court reverses

the decision of the Commissioner of Social Security and remands this matter for further proceedings.

    **IT IS SO ORDERED**.


Dated: August 5, 2021                              _____
                                                         **HONORABLE SARA LIOI**
                                                         **UNITED STATES DISTRICT JUDGE**